UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

MARTY SIMPSON,

            Plaintiff,

v.                              Civil No. 6:14-CV-01001-MC

SENECA SAWMILL COMPANY,

            Defendant.

## JUDGMENT

This action is dismissed without prejudice and without attorney fees or costs to any of the parties.

Dated: February 17, 2015.

_____
MICHAEL J. McSHANE
UNITED STATES DISTRICT JUDGE

**JUDGMENT**                                          DOCUMENT NO: _____